PER CURIAM.
Appellants, defendants below, bring these consolidated appeals from judgments of conviction and sentences for simple battery and robbery. We affirm.
We have carefully reviewed each of the five points raised by appellants on appeal in the light of the record before us in this cause. In our opinion, no reversible error has been shown; therefore, the judgments of conviction and sentences appealed are affirmed. See, e. g., Cuba v. State, 362 So.2d 29 (Fla.3d DCA 1978); Vazquez v. State, 350 So.2d 1094 (Fla.3d DCA 1977); Zuberi v. State, 343 So.2d 664 (Fla.3d DCA 1977); Singleton v. State, 315 So.2d 506 (Fla.3d DCA 1975); Garmise v. State, 311 So.2d 747 (Fla.3d DCA 1975); Williams v. State, 307 So.2d 877 (Fla.3d DCA 1975); Statewright v. State, 278 So.2d 652 (Fla.3d DCA 1973); Duncomb v. State, 237 So.2d 86 (Fla.3d DCA 1970); Constantino v. State, 224 So.2d 341 (Fla.3d DCA 1969); Williams v. State, 222 So.2d 428 (Fla.4th DCA 1969); Farrington v. State, 207 So.2d 513 (Fla.3d DCA 1968); Wright v. State, 182 So.2d 264 (Fla.3d DCA 1966); Crum v. State, 172 *568 So.2d 24 (Fla.3d DCA 1965); and Fla.R.Crim.P. 3.390(d).